# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:07-cv-08319-FMC-CTx | Date | January 12, 2009 |
|---|---|---|---|
| Title | Amaru Entertainment, Inc. et al v. XO Jeans, Inc. et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER RE SCHEDULING CONFERENCE
and ORDER TO SHOW CAUSE   (In Chambers)

The Scheduling Conference is not held.  The Court contacts Mr. Rooney, for the plaintiff, and advises that an Order to Show Cause will issue.

On July 23, 2008, the Court signed an Order granting defense counsel's Motion for Leave to Withdraw as Counsel.  That Order, which was served on all defendants on July 28, warned defendants that corporations and other business entities may not appear without counsel and that failure to obtain new counsel could result in the imposition of sanctions.

Defendants have not yet retained new counsel, and no one appeared on behalf of defendants for the Scheduling Conference of January 12, 2009.

Defendants and each of them are hereby ordered to show cause, in writing, why sanctions, including entry of their default, should not be imposed for their failure to appear in court and failure to obtain new counsel.  This Order to Show Cause may be discharged by the filing of Substitution of Counsel for the corporate defendants and/or a written representation by the individual defendant that he intends to participate in, and defend, this litigation.  Such documents must be filed no later than **February 9, 2009.**

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |