Eric J. Farber (SBN 169472)
Kevin F. Rooney (SBN 184096)
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiffs:
Amaru Entertainment, Inc. and
Amaru-AWA Merchandising, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Western Division

| | |
|---|---|
| AMARU ENTERTAINMENT, INC., a Delaware Corporation; AMARU-AWA MERCHANDISING, INC., A California corporation<br><br>    Plaintiffs,<br><br>vs.<br><br>XO JEANS, INC., a New Jersey Corporation; CROSSOVER SPORTS, INC., a New Jersey Corporation; YOUNG CHOI AKA DAVID CHOI as an individual and doing business as and as the alter ego of XO JEANS, INC. and CROSSOVER SPORTS, INC.,<br><br>    Defendants. | CASE: **2:07-cv-08319-FMC-CT**x<br><br>**JUDGMENT** |

/ / /

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

6013.003/P-AMARU Proposed Judgment
(00081917).DOC

1

**JUDGMENT**
Amaru v. XO Jeans, Inc., et al.
Case Number: CV07-08319 FMC-CTx

Plaintiffs Amaru Entertainment, Inc. and Amaru-AWA Merchandising, Inc.'s ("Plaintiffs") Application for Default Judgment ("Application") was set for hearing on June 8, 2008. The court having read and considered all evidence in support of the Application and no opposition having been filed, no hearing being necessary and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs recover the sum of $156,600 from defendants XO JEANS, INC., a New Jersey Corporation; CROSSOVER SPORTS, INC., a New Jersey Corporation; YOUNG CHOI AKA DAVID CHOI as an individual and doing business as and as the alter ego of XO JEANS, INC. and CROSSOVER SPORTS, INC.

DATED: June 19, 2009    _____

United States District Judge

Pinnacle Law Group LLP
425 California Street
Suite 1800
San Francisco, CA 94104
(415) 394-5700

6013.003/P-AMARU Proposed Judgment
(00081917).DOC

2

**JUDGMENT**
**Amaru v. XO Jeans, Inc., et al.**
**Case Number: CV07-08319 FMC-CTx**